## SNYDER ESTATE COMPANY, Appellant, v. UNION ELECTRIC LIGHT & POWER CO.

No. 11106.

Circuit Court of Appeals, Eighth Circuit.

Feb. 1, 1938.

James A. Reed and Wilson, Bundshu & Bailey, all of Kansas City, Mo., for appellant.

Sebree, Sebree & Shook and R. R. Brewster, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal, 15 F.Supp. 379, docketed and dismissed at costs' of appellee, but without taxation of statutory attorney's docket fee, which is waived by appellant, pursuant to stipulation of parties.

---

## William SPENCER, Appellant, v. UNITED STATES of America.

No. 11202.

Circuit Court of Appeals, Eighth Circuit.

May 11, 1938.

George L. Vaughn, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee for want of prosecution.

---

## STATE OF WASHINGTON, Appellant, v NORTHERN PACIFIC RAILWAY COMPANY et al., Appellees.

No. 8731.

Circuit Court of Appeals, Ninth Circuit.

June 27, 1938.

G. W. Hamilton, Atty. Gen., and R. G. Sharpe, Asst. Atty. Gen., for appellant.

Robert S. Macfarlane, of Seattle, Wash., for appellee Northern Pacific Ry. Co.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of counsel for appellant for dismissal of the appeal herein, and good cause therefor appearing, ordered said motion granted, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.